# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FLORISIN, INC., GO SNACKS, INC., TRAVEL RETAIL DISTRIBUTION GROUP, INC., ARMAND VENTURA, GLOCKNERS, INC., EDUARDO ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> ENOBLE, INC/NATIONAL BANKERS TRUST, VERO BUSINESS CAPITAL, LLC, JOHN GREENE LOGISTICS CO., FIRST TENNESSEE BANK NATIONAL ASSOCIATION, DUDLEY BOYD, <br><br> Defendants. | No. 2:17-cv-02506-TLP-cgc <br><br> JURY DEMAND |

## ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiffs Florisin, Inc., Go Snacks, Inc., Travel Retail Distribution Group, Inc., and Armand Ventura filed a Notice of Voluntary Dismissal with Prejudice as to all claims against Defendants. (ECF Nos. 92.)[1] Pursuant to Federal Rule of Civil Procedure 41(a)(2), the aforementioned plaintiffs' action is DISMISSED WITH PREJUDICE. Costs are assessed to Plaintiffs. A Judgment will follow this Order.

---

[1] Plaintiffs Glockner's, Inc. and Eduardo Acosta previously filed a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). (ECF No. 16.) These plaintiffs' claims were therefore dismissed without prejudice without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (B).

**SO ORDERED**, this 23rd day of October, 2018.

                                                  s/Thomas L. Parker
                                            THOMAS L. PARKER
                                            UNITED STATES DISTRICT JUDGE