IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| FLORISIN, INC., GO SNACKS, INC., TRAVEL RETAIL DISTRIBUTION GROUP, INC., ARMAND VENTURA, GLOCKNERS, INC., EDUARDO ACOSTA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:17-cv-02506-TLP-cgc |
| v. | ) ) | JURY DEMAND |
| ENOBLE, INC/NATIONAL BANKERS TRUST, VERO BUSINESS CAPITAL, LLC, JOHN GREENE LOGISTICS CO., FIRST TENNESSEE BANK NATIONAL ASSOCIATION, DUDLEY BOYD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs Complaint, filed on July 19, 2017. (ECF No. 1.) In accordance with the Notice of Voluntary Dismissal (ECF No. 92), filed by Plaintiffs Florisin, Inc., Go Snacks, Inc., Travel Retail Distribution Group, Inc., and Armand Ventura pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED WITH PREJUDICE** as to the aforementioned plaintiffs**.** Costs are assessed to Plaintiffs.

APPROVED:

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 25, 2018
Date