# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| FLORISIN, INC., GO SNACKS, INC., TRAVEL RETAIL DISTRIBUTION GROUP, INC., ARMAND VENTURA, GLOCKNERS, INC., EDUARDO ACOSTA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:17-cv-02506-TLP-cgc |
| v. | ) ) | JURY DEMAND |
| ENOBLE, INC/NATIONAL BANKERS TRUST, VERO BUSINESS CAPITAL, LLC, JOHN GREENE LOGISTICS CO., FIRST TENNESSEE BANK NATIONAL ASSOCIATION, DUDLEY BOYD, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint, filed on July 19, 2017. (ECF No. 1.) In accordance with the Notice of Voluntary Dismissal (ECF No.16), filed by Plaintiffs Glockner's, Inc. and Eduardo Acosta pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** as to the aforementioned plaintiffs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 25, 2018
Date